# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | Civ. Action No. 1:15-CV-00049 |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Bristol-Myers Squibb Company, and Defendant Mylan Pharmaceuticals, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

ActiveUS 149028681v.3

| SCHRADER BYRD & COMPANION, PLLC | ROBINSON & MCELWEE, PLLC |
|---|---|
| /s/ James F. Companion<br>James F. Companion (#790)<br>The Maxwell Centre<br>32-20th Street, Suite 500<br>Wheeling, WV 26003<br>Phone: (304) 233-3390<br>Fax: (304) 233-2769<br>jfc@schraderlaw.com | /s/ Jeffrey A. Kimble<br>Jeffrey A. Kimble (#4928)<br>Post Office Box 128<br>140 West Main Street, Suite 300<br>Clarksburg, WV 26302-0128<br>Phone: (304) 622-5022<br>Fax: (304) 622-5065<br>jak@ramlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Dated: October 23, 2015 | Dated: October 23, 2015 |

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

**SO ORDERED:**

This _____ day of _____, 2015.

_____
HON. Irene M. Keeley
UNITED STATES DISTRICT JUDGE

ActiveUS 149028681v.3